IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01581–EWN


MOHAMED AL-MASABI,

      Plaintiff,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, Acting District Director of the United States Citizenship and
Immigration Services, Denver, Colorado;
THE UNITED STATES OF AMERICA,

      Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Joint Motion to Administratively Close Case" filed November 28, 2005, is DENIED.  The parties shall file a status report by February 1, 2006.

Dated: November 28, 2005