IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01581–EWN

MOHAMED AL-MASABI,

    Plaintiff,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, Acting District Director of the United States Citizenship and
Immigration Services, Denver, Colorado;
THE UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Motion to Dismiss" filed March 30, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 7th day of April, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham

EDWARD W. NOTTINGHAM
United States District Judge